United States District Court
Southern District of Texas

**ENTERED**

June 30, 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE ACTION NO. 6:20-MJ-52 |
| | § | |
| BRYCE O'NEIL HARRIS | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing was held in this case on June 4, 2020 and the Court ordered that Defendant be detained without bond pending trial (D.E. 4). Pending are Defendant's motions for Bond and Detention Hearing (D.E.s 7&8). A detention hearing was held today regarding said motions in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Defense counsel offered argument on the motions and cited no new evidence for the Court to consider. The motions are **DENIED**. The following requires detention of the Defendant pending trial in this case:

(1)     There are no conditions or combination of conditions that would reasonably assure the appearance of the Defendant as required and the safety of the community.

The evidence against the Defendant meets the probable cause standard. The complaint in this case alleges that, during his arrest by deputies of the U.S. Marshal Service, Defendant fled with a vehicle and was later found to have a firearm in his possession. The Defendant is a convicted felon, has a significant criminal history which includes a record of failing to appear and bail jumping, is a documented gang member, was recently release from confinement prior to this offense, has a poor history of compliance with supervision.   The findings and conclusions contained in the Pretrial

Services Report are adopted.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.


ORDERED this 29th day of June, 2020.

Julie K. Hampton
United States Magistrate Judge